UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS SCOTT STONE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CDC OFFICERS, et al.,<br><br>　　　　Defendants. | No. 1:24-cv-00253-KES-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION AS DUPLICATIVE<br><br>(Doc. 12) |

　　　　Plaintiff Nicholas Scott Stone is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On March 27, 2024, the assigned magistrate judge screened plaintiff's complaint and issued findings and recommendations that this action be dismissed as duplicative of *Stone v. Jane Doe, et al.*, Case No. 1:24-cv-00191-JLT-EPG (PC) ("*Stone I*").  (Doc. 12.)  Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 5.)  No objections have been filed, and the deadline to do so has expired.  On May 28, 2024, after the deadline to file objections had passed, plaintiff filed a motion for a 90-day extension of time to file objections to the findings and recommendations.  (Doc. 15.)  The assigned magistrate judge denied that motion, finding that plaintiff did not show good cause for the requested extension of time.  (Doc. 16 at 2.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this court has conducted a de novo review of the case. Having carefully reviewed the file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on March 27, 2024, (Doc. 12), are adopted in full;
2. This action is dismissed as duplicative; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   August 30, 2024

UNITED STATES DISTRICT JUDGE

2